UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER GRIMSLEY, SID # 21089091,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE MILLER, et al.,<br><br>Defendant(s). | Case No. 23-cv-03722-BLF (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner currently incarcerated at the Snake River Correctional Institution in Ontario, Oregon, has filed a *pro se* civil action under 18 U.S.C. § 1961 *et seq.* and 42 U.S.C. § 1983 *et seq.* alleging a conspiracy of "manstealing & human trafficking" him between facilities within the State of Oregon by more than two dozen Oregon defendants, including Nike and Dreyer's Grand Ice Cream. ECF No. 1 at 1. He also seeks a temporary restraining order prohibiting defendants from further "manstealing and trafficking" him. ECF No. 2 at 3.

The Court finds that venue is improper in this district. A civil action may be brought in a judicial district in which: (1) any defendant resides, if all defendants are residents of the State in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought as provided in this section. 28 U.S.C. § 1391(b).

Here, all named defendants reside in the District of Oregon and a substantial part of the events or omissions giving rise to plaintiff's claim(s) occurred in the District of Oregon. *See* 28 U.S.C. § 117. Venue for plaintiff's civil action therefore properly lies in the District of Oregon. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

1406(a), this action and all motions therein, be TRANSFERRED to the United States District Court for the District of Oregon.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 31, 2023

_____
BETH L. FREEMAN
United States District Judge