UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ALEXANDER GRIMSLEY,

    Plaintiff,

v.

JAMIE MILLER, et al.,

    Defendants.

Case No. 23-cv-03722 BLF (PR)

**ORDER DENYING MOTION FOR RELIEF UNDER RULE 60(A)**

(Docket No. 15)

    Plaintiff, a state prisoner currently incarcerated at the Snake River Correctional Institution in Ontario, Oregon, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 *et seq.* alleging a conspiracy of "manstealing & human trafficking" him between facilities within the State of Oregon by more than two dozen Oregon defendants, including Nike and Dreyer's Grand Ice Cream.  Dkt. No. 1.  The Court transferred the matter to the United States District Court for the District of Oregon on July 31, 2023.  Dkt. No. 9 at 1-2, *citing* 28 U.S.C. §§ 117, 1391(b), 1406(a).  On August 29, 2023, the Court denied Plaintiff's motion for reconsideration as the matter was properly transferred.  Dkt. No. 13.

    Plaintiff filed another motion for relief under Rule 60(a) of the Federal Rules of Civil Procedure.  Dkt. No. 15.  Rule 60(a) provides: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a

judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).  The motion is **DENIED** because Plaintiff should present the motion before the District of Oregon which has jurisdiction over this matter.  The Court will not accept anymore filings in this closed matter.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated:  __July 16, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Denying Motion for Relief
PRO-SE\BLF\CR.23\03722Grimsley_deny.relief

2